UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD M. ADAMS,, <br><br> Petitioner, <br><br> v. <br><br> UNKNOWN, <br><br> Respondent. | No. 2:13-cv-1346 DAD P <br><br><br> ORDER |

On July 17, 2013, the court granted petitioner thirty days to file a petition for writ of habeas corpus and submit an application to proceed in forma pauperis or the filing fee for this matter. That thirty day time period has now expired, and petitioner has not complied with the court's order or otherwise responded to it.

Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice.[1]

Dated: August 27, 2013

_Dale A. Drozd_
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
adam1346.156

---

[1] Petitioner previously consented to Magistrate Judge jurisdiction over this action pursuant to 28 U.S.C. § 636(c). See Doc. No. 4.

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28